**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUMAN DHAMIJA,<br><br>    Plaintiff,<br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, BBVA COMPASS BANCSHARES, INC., LONG-TERM DISABILITY PLAN, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 5:13-CV-02541-LHK<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

On October 16, 2013, the Court issued an Order denying Defendants Liberty Life Assurance Company of Boston and BBVA Compass Bancshares, Inc., Long-Term Disability Plan's Motion to Dismiss for Failure to Exhaust Administrative Remedies. ECF No. 26. In that Order, the Court remanded Plaintiff Suman Dhamija's appeal of Defendants' denial of her claim for long-term disability benefits to Defendants with instructions to conduct a "full and fair review" of Dhamija's claim, as required under 29 C.F.R. § 2560.503-1(h). *Id.* at 17. The Court hereby orders that this case be administratively closed pending Defendants' full and fair review of Dhamija's appeal. This order is without prejudice. Once Defendants' full and fair review is complete, any party may seek to reopen the case if necessary.

1

Case No.: 5:13-CV-02541-LHK
ORDER ADMINISTRATIVELY CLOSING CASE

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: November 7, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge