**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUMAN DHAMIJA, | ) Case No.: 5:13-CV-02541-LHK |
| Plaintiff, | ) ORDER REQUESTING UPDATE |
| v. | ) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, BBVA COMPASS BANCSHARES, INC., LONG-TERM DISABILITY PLAN, and DOES 1 through 10, | ) |
| Defendants. | ) |

On March 6, 2014, the parties filed a Notice of Settlement (ECF No. 35) indicating that they "have reached a settlement of all claims and causes of action" and expect to file a dismissal within 30 days.  Plaintiff Suman Dhamija previously filed a pending Motion for Attorneys' Fees and Costs (ECF No. 27), which has been briefed and scheduled for hearing on March 27, 2014.  In light of the Notice of Settlement, the parties are directed to file by March 14, 2014 an update as to whether Dhamija's motion for fees must still be resolved by the Court.

**IT IS SO ORDERED.**

Dated: March 12, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5:13-CV-02541-LHK
ORDER REQUESTING UPDATE